IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


SAMUEL ELI HARRIS,

       Plaintiff,

v.                                                                    CASE NO. 1:04-cv-00436-MP-AK

CAPTAIN BELL,
OFFICER LANGFORD,
PIESHOVIEH,
SECRETARY SALEM,
SARGEANT TUNNER,

       Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 8, Report and Recommendations of the

Magistrate Judge, recommending that this case be dismissed without prejudice due to plaintiff's

failure to pay the filing fee and to follow an order of the Court.  Objections to Report and

Recommendation were due by May 17, 2005 but none have been filed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.      This action is dismissed without prejudice, and the clerk is directed to close the
file.

**DONE AND ORDERED** this *23rd* day of June, 2005


      *s/Maurice M. Paul*
_____
Maurice M. Paul, Senior District Judge